# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DWIGHT E. BROOKS                                              PLAINTIFF

v.                          No. 4:06CV00342 JLH

LHR, INC., *et al.*                                           DEFENDANTS

## JUDGMENT

The claims of Dwight E. Brooks against Susan Webber Wright are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the remaining claims, so this case is remanded to the Circuit Court of Pulaski County as to all claims other than those against Susan Webber Wright.

IT IS SO ORDERED this 3rd day of May, 2006.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE